UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **SUPERIOR CONCRETE PUMPERS, LLC DBA STAR CONCRETE PUMPERS, INC.** | * * * * | **CIVIL ACTION** <br> **NO. 2:22-cv-01674** |
| **VERSUS** | * * | **JUDGE JAMES D. CAIN, JR.** |
| **MARKEL AMERICAN INSURANCE COMPANY** | * * | **MAGISTRATE KATHLEEN KAY** |

___

# JUDGMENT
___

Considering the foregoing Joint Motion to Dismiss with Prejudice,

**IT IS HEREBY ORDERED** that the above-captioned litigation and all claims and causes of action asserted or could have been asserted therein are hereby dismissed, with prejudice, each party to bear its own costs.

THUS DONE AND SIGNED in Chambers this 10th day of January, 2024.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE